IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GARY ROBERSON, | ) | No. C 12-4085 JSW (PR) |
| Plaintiff, | ) | **ORDER OF TRANSFER** |
| v. | ) | |
| QUEEN OF THE VALLEY MEDICAL CENTER, | ) | **(Docket Nos. 2-4)** |
| Defendants. | ) | |

Plaintiff, a California prisoner incarcerated at the California Medical Facility ("CMF") in Vacaville, California, has filed this pro se civil rights complaint under 42 U.S.C. § 1983 complaining of inadequate medical care. The defendants and actions giving rise to his claims took place at CMF, at hospitals located in Napa and Manteca, California, contracted to care for prisoners, at the Folsom State Prison, where Plaintiff was formerly housed, and at the California Department of Corrections and Rehabilitation in Sacramento, California.

When, as here, jurisdiction is not founded solely on diversity, venue is proper in the district in which (1) any defendant resides, if all of the defendants reside in the same state, (2) the district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought. 28 U.S.C. § 1391(b). Where a case is filed in the wrong venue, the district court has the discretion either to dismiss the

case or transfer it to the proper federal court "in the interest of justice." 28 U.S.C. § 1406(a). Venue may be raised by the court *sua sponte* where the defendant has not yet filed a responsive pleading and the time for doing so has not run. *Costlow v. Weeks,* 790 F.2d 1486, 1488 (9th Cir. 1986).

Vacaville, Napa, Manteca, Folsom and Sacramento, where the defendants and events giving rise to the claims are located, all lie within the venue of the United States District Court for the Eastern District of California.

Accordingly, IT IS ORDERED in the interest of justice, and pursuant to 28 U.S.C. § 1406(a), that this action be TRANSFERRED to the United States District Court for the Eastern District of California. Ruling on Plaintiff's pending motions is deferred to the Eastern District.

The Clerk of the Court shall transfer this matter forthwith and terminate the pending motions (docket numbers 2-4) from this Court's docket.

IT IS SO ORDERED.

DATED: October 23, 2012

JEFFREY S. WHITE
United States District Judge

|   |   |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | FOR THE |
| 3 | NORTHERN DISTRICT OF CALIFORNIA |

GARY ROBERSON,

        Plaintiff,

  v.

QUEEN OF THE VALLEY MEDICAL CENTER et al,

        Defendant.

                                                         Case Number: CV12-04085 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 23, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gary Roberson
T06032
California Medical Facility
P.O. Box 2000
Vacaville, CA 95696

Dated: October 23, 2012

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk